IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAN F. BECKER,

    Petitioner,

v.                                        CASE NO. 4:07-cv-00019-MP-WCS

WARDEN STEWART C. HUDSON, et al.,

    Respondents.

_____/

## **O R D E R**

This matter is before the Court on Doc. 5, Report and Recommendation of the Magistrate Judge, which recommends that Petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2255, Doc. 1, be denied, and the request to proceed *in forma pauperis*, Doc. 3, be denied. The Magistrate Judge filed the Report and Recommendation on Friday, March 30, 2007. The parties have been furnished a copy of the Report and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this instance, however, no objections have been filed.

Because Petitioner is incarcerated in Mansfield, Ohio, and challenges the judgment out of Holmes County, Ohio, the Magistrate states that this is not the appropriate court to consider his § 2254 petition. Furthermore, because the District Court for the Northern District of Ohio has already denied Petitioner's § 2254 petition, which was affirmed by the Sixth Circuit, the Magistrate states that the instant petition is an unauthorized second or successive petition under 28 U.S.C. § 2244(b). Also, since Petitioner has adequate funds to pay the habeas filing fee, the Magistrate recommends denying Petitioner's request for leave to proceed *in forma pauperis*.

The Court agrees with the Magistrate. Therefore, having considered the Report and Recommendation, I have determined that it should be adopted. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. Petitioner's § 2254 petition, Doc. 1, is SUMMARILY DISMISSED.

3. Petitioner's request for leave to proceed *in forma pauperis*, Doc. 3, is DENIED.

**DONE AND ORDERED** this   *15th* day of May, 2007

          *s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge